UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHELLE CORREA,<br><br>    Plaintiff,<br><br>    v.<br><br>EQUIFAX, INC. and WELLS FARGO BANK, N.A.,<br><br>    Defendants. | Case No. 17-CV-01812-LHK<br><br>**ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE** |

At the November 8, 2017, case management conference Plaintiff moved to dismiss with prejudice the two remaining Defendants in the case, Equifax, Inc. and Wells Fargo Bank, N.A. The Court granted Plaintiff's motion. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: November 8, 2017

_____
LUCY H. KOH
United States District Judge

1
Case No. 17-CV-01812-LHK
ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE