UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHELLE CORREA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EQUIFAX, INC., et al.,<br><br>　　　　　Defendants. | Case No. 17-CV-01812-LHK<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT**<br><br>Re: Dkt. No. 33 |

The parties have filed a stipulation dismissing the instant case with prejudice. ECF No. 33. However, the Court previously dismissed the case with prejudice as to all Defendants, at Plaintiff's request. ECF No. 32. The Court therefore denies the stipulation as moot.

**IT IS SO ORDERED.**

Dated: December 1, 2017

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　United States District Judge